UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUCAS BURNHAM, *et al.*,

Plaintiffs,

Civil No. 26-cv-12528
Hon. Matthew F. Leitman

v.

TAYLOR FRESH FOODS, INC., *et al.*,

Defendants.

______________________________________________________________/

**ORDER STAYING FILINGS UNTIL FURTHER ORDER OF THE COURT**

In this action, Plaintiffs allege that they were exposed to "the Cyclospora parasite after consuming lettuce supplied and distributed by Defendant Taylor Fresh Foods, Inc. d/b/a Taylor Farms [] and sold at Taco Bell locations throughout the country." (Compl., ECF No. 1, PageID.2.) This is one of many such cases filed both in this Court and across the country. Before there are any additional filings in this case, the Court will hold a virtual status conference with counsel to discuss possible next steps in this action. Until further order of the Court following that status conference, there shall be no additional filings in this case other than appearances for the parties.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126